UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ryne McBride and Rory Jones,<br><br>                Plaintiffs,<br><br>vs.<br><br>Gamestop, Inc.,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:10-cv-2376- RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 9th day of February, 2011.

                                                      JAMES N. HATTEN
                                                      CLERK OF COURT

                                          By:   s/Cynthia Mercado
                                                      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 9, 2011
James N. Hatten
Clerk of Court

By: s/Cynthia Mercado
       Deputy Clerk